UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HIALEAH ALUMINUM SUPPLY, INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>          Defendant. | Court No. 21-207 |

**ORDER**

Upon consideration of the consent motion of Ta Chen International, Inc. (the "Applicant") to intervene as defendant-intervenor in the above-captioned action, and all other pertinent papers, it is hereby

ORDERED that the Applicant's motion to intervene is GRANTED, and it is further

ORDERED that the Applicant be entered as a defendant-intervenor in the above-captioned action.

 

_____
Judge
U.S. Court of International Trade

Dated: _____ , 2021
       New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **HIALEAH ALUMINUM SUPPLY, INC.,**<br><br>                    Plaintiff,<br><br>    v.<br><br>**UNITED STATES,**<br><br>                    Defendant. | Court No. 21-207 |

## CONSENT MOTION TO INTERVENE

Ta Chen International, Inc. ("Ta Chen") requests that the Court permit it to intervene in the above-captioned action as a defendant-intervenor under Rule 24. In support of its request, Ta Chen states as follows:

1. Plaintiff Hialeah Aluminum Supply, Inc. ("Plaintiff" or "Hialeah") initiated this action under 19 U.S.C. § 1517(g)(1) and 28 U.S.C. § 1581(c) to contest the March 18, 2021 administrative review determination and November 2, 2020 final determination by U.S. Customs and Border Protection ("CBP") in Enforce and Protect Act ("EAPA") consolidated case no. 7348, an investigation into evasion of the antidumping and countervailing duty orders on aluminum extrusions from the People's Republic of China.

2. Ta Chen is a United States importer of extruded aluminum products. Ta Chen also field the original allegation of evasion that led to the challenged agency determination and participated in the proceedings before CBP. Ta Chen is thus an "interested party" under 19 U.S.C. § 1517(a)(6)(A)(ii).

3. Ta Chen may intervene in this action as a matter of right. Under 28 U.S.C. § 2631(j)(1), anyone who "would be adversely affected or aggrieved by a decision in a civil action

pending in the Court of International Trade" may seek to intervene in that action. Rule 24(aa)(2) further provides that the "interested party that filed the allegation" shall be permitted to intervene as of right. As noted, Ta Chen is the interested party that filed the allegation of evasion that underlies the challenged determinations and thus may intervene in the action as a matter of right.

4. Plaintiff filed its complaint on April 29, 2021. Ta Chen makes this motion within 30 days after the date of service of the Complaint, and therefore timely seeks intervention under Rule 24(a).

5. Per Rules 7(b) and (f), undersigned counsel consulted with the parties to this action concerning this motion. Counsel for Plaintiff, Brittney Powell, consented to this motion by email on May 12, 2021. Counsel for Defendant United States, Alexander Vanderweide, consented to this motion by email on May 10, 2021.

Based on the foregoing, Ta Chen respectfully requests that the Court grant Ta Chen's motion to intervene as a defendant-intervenor in the above-captioned action.

Dated: May 12, 2021

                                                 Respectfully submitted,

                                                 /s/ Jeremy W. Dutra
                                                 Jeremy W. Dutra
                                                 **SQUIRE PATTON BOGGS (US) LLP**
                                                 2550 M Street, NW
                                                 Washington, DC 20037
                                                 (202) 626-6600
                                                 jeremy.dutra@squirepb.com